# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

INTELLIGENT MORTGAGE AND
CONSULTING SERVICES LLC

NO.   2021 CW 0899

VERSUS

ARBOR LENDING GROUP, L.L.C.,
PAUL LEBLANC, KEVIN MORGAN,
ANGELE MIXSON, AND JELENA
BRYANT

**OCTOBER 05, 2021**

---

In Re:   Arbor Lending Group, LLC, Raymond P. Leblanc, and
         Kevin Morgan, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 689083.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                      **VGW**
                      **AHP**
                      **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT